MN,ND-305 (5/94)

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

Unclaimed Dividends/ Distribution less than $5 for Deposit
Debtor: **NISSILA, AMY**

Chapter 13 Case No. **04-43187**
jointly administered

Please Check One:
_X_ Unclaimed Dividends
___ Distribution Less than $5

RECEIVED
09 OCT 23 AM 9:39
U.S. BANKRUPTCY COURT
MINNEAPOLIS, MN

| Name and Address of Creditor | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| WEISBERG LAW OFFICE<br>PO BOX 26759<br>MINNEAPOLIS, MN 55426-0759 | 4 | $115.79 | $18.71 |
| WEISBERG LAW OFFICE<br>PO BOX 26759<br>MINNEAPOLIS, MN 55426-0759 | 5 | 2961.18 | $289.31 |

**TOTAL TO CLERK'S FUND** $308.02

_____    _____
**October 21, 2009**           /s/ Kyle L Carlson
DATE                           TRUSTEE